**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIE E. MAURER, pro hac vice
  Email: Julie.Maurer@lewisbrisbois.com
JOHN A. TOAL, SB# 194041
  Email: John.Toal@lewisbrisbois.com
LAUREN J. KOBLITZ, SB# 256651
  Email: Lauren.Koblitz@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Plaintiff United Van Lines, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT and SARAH DEMING, husband and wife, <br><br> Defendants. | CASE NO. 3:17-cv-00390-JST <br><br> [PROPOSED] ORDER RE: STIPULATION TO DISMISS |

After consideration of Plaintiff United Van Lines, LLC ("Plaintiff") and Defendants Scott and Sarah Deming's ("Defendants") (jointly as the "Parties") Stipulation to Dismiss:

**IT IS HEREBY ORDERED THAT:**

1. The above-entitled Complaint for Declaratory Judgment is dismissed with prejudice; and
2. Each side shall bear its own fees and costs.

Dated: November 1, 2017

_____
UNITED STATES DISTRICT COURT JUDGE
HON. JON S. TIGAR